My name Charles Lamont Williams #95-19728

Case Name: Williams v. LNU 3:24-cv-1753

Case Number: 3:24-cv-01753-X-Bt

add it to my inmate trust account

And I didn't not get page 1 and 2 but I do have the
other two so can you please send it two me please and
God Bless you and can you tell me what is LNU mean please

RECEIVED

JUL 2 6 2024

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Charles Lamont Williams
#95-19728
Kaufman County Jail
PO Box 849
Kaufman, Tx 75142

Legal Mail

Legal Mail



NORTH TEXAS TX 750 quadient

07/23/2024

US POSTAGE $000.69⁰

FIRST-CLASS MAIL

23 JUL 2024 PM 5 L

ZIP 75142
041M11225454615

United States District Court
Office of The Clerk
Northern District of Texas
1100 Commerce - Room 1452
Dallas, Tx 75242

Legal Mail

# United States District Court
## Northern District of Texas

*Dallas Division*

07/29/2024

Charles Lamont Williams
#95-19728
Kaufman County Jail
PO Box 849
Kaufman, TX 75142

Re: Your correspondence received in the U.S. District Clerk's Office on 07/26/2024
Case No./Style: 3:24-cv-01753-X-BT; Williams v. LNU

Please find enclosed a Prisoner's Civil Rights Complaint form and an Application to Proceed in Forma Pauperis.

LNU means Last Name Unknown.

Sincerely,

Deputy Clerk - knb